## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CRAIG ARMSTRONG**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16 C 8261 |
| ) | |
| **DEKALB POLICE DEPARTMENT**, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM ORDER

Pro se plaintiff Craig Armstrong ("Armstrong") has recently filed a number of lawsuits in this District Court, one of which -- this action that nominally lists the DeKalb Police Department as defendant -- has been assigned at random to this Court's calendar. For that purpose Armstrong has filed three Clerk's-Office-supplied forms (a Complaint for Violation of Constitutional Rights ("Complaint"), an In Forma Pauperis Application ("Application") and a Motion for Attorney Representation ("Motion"), together with three handwritten forms: another Application, another Motion seeking counsel and a Motion for Consideration.

But quite apart from Armstrong's designation of the DeKalb Police Department (not a legal entity) as the defendant in the Complaint's caption, while Complaint ¶ 4 identifies his targeted defendant as DeKalb Police Officer Mark Tehan, the Complaint's statement of Armstrong's claim discloses that it is hopelessly out of time. Complaint ¶ 10 charges Tehan with "perjuryed testimony under oath" during Armstrong's criminal trial in 1997, nearly two <u>decades</u> ago, but any Illinois-based claim of the type that Armstrong seeks to advance is subject to a two <u>year</u> statute of limitations.

That problem is incurable, so there is no occasion to give Armstrong leave to replead. Accordingly both the Complaint and this action are dismissed sua sponte. That renders all of his remaining filings (Dkt. Nos. 3 through 7) moot, and they are denied on that ground.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 26, 2016